Approved.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

David L. Dawson, Esq.
Simakovsky Law
1450 East Main Street
Columbus, OH 43215
Ohio Bar No. 92660
Fax: 614-455-5222
Email: dawson@simakovskylaw.com
Phone: 614-695-4605
*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Mohamed DIABY,

Petitioner,

v.

Kevin RAYCRAFT, Acting Field Office
Director of Enforcement and Removal
Operations, Detroit Field Office, Immigration
and Customs Enforcement; et al.,

Respondents.

Case No. 4:26-cv-01147-JRK

**VOLUNTARY DISMISSAL OF
PETITION FOR WRIT OF
HABEAS CORPUS WITHOUT
PREJUDICE**

1.     Now comes David L. Dawson, Counsel for Petitioner, and hereby states the following.

2.     On Wednesday, June 17, 2026, Counsel for Petitioner learned that Petitioner was released on a new Order of Supervision and traveled back to Columbus, Ohio. He is scheduled for an appointment with ICE in Westerville, Ohio on August 3, 2026 at 8:00 a.m.

3.     As of today, June 19, 2026, Petitioner's information does not appear on the ICE detainee locator website (https://locator.ice.gov/) when entering his individual case information, indicating he is not in custody.

4.     As Petitioner is no longer in the custody of the Respondents, Petitioner moves this honorable Court to voluntarily dismiss his Petition for Writ of Habeas Corpus filed on May 15, 2026 without prejudice in accordance with Federal Rule of Civil Procedure 41(a).

5.     Respondents have not yet served an answer or motion for summary judgment in this action, making voluntary dismissal under Rule 41(a)(1)(A)(i) appropriate.

6.     Accordingly Petitioner voluntarily dismisses his Petition for Writ of Habeas Corpus without prejudice.

DATED this 19th day of June, 2026.

s/ David L. Dawson
David L. Dawson, Esq.
Simakovsky Law
1450 East Main Street
Columbus, OH 43215
Phone: 614-695-4605
Email: dawson@simakovskylaw.com

*Attorney for Petitioner*